UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

FILED
2019 APR 29 PM 1:58
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

GEORGE ANDREW BENAVIDES §
PLAINTIFF, §
§
§
§
VS. §  SA19CA0440 DAE
§  CIVIL ACTION NO. _____
§
§
§
UNITED STATES OF AMERICA §    JURY DEMANDED
UNITED STATES PRESIDENT §
DONALD TRUMP §
UNITED STATES DEPARTMENT §
OF THE NAVY §
UNITED STATES FEDERAL BUREAU OF §
INVESTIGATIONS §
UNITED STATES DEPARTMENT OF §
JUSTICE §
UNITED STATES DEPARTMENT OF §
VETERANS AFFAIRS §
UNITED STATES DEPARTMENT OF §
DEFENSE, §
DEFENDANT(S) §

## PLAINTIFF'S FIRST PETITION

PLAINTIFF, GEORGE ANDREW BEANVIDES, brings this suit for deprivation of civil rights, privileges, and immunities secure by the Constitution and laws of the United States.
The Plaintiff, GEORGE ANDREW BENAVIDES resides at 7103 Galaxy Brook, San Antonio, Texas 78252.
The Defendants conduct business in the United States of America and conduct business from state to state in the United States of America and can be served at the following addresses:
1. William Pelham Barr, United States Attorney General
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001
2. United States President, Donald Trump
   1600 Pennsylvania Ave NW
   Washington, D.C. 20500
3. Office of Inspector General, Department of the Navy
   2000 Navy Pentagon
   Washington, D.C. 20350

4. U.S. Department of Justice
   Office of the Inspector General
   Office of the General Counsel
   950 Pennsylvania Ave., NW,
   Room 4726
   Washington, D.C. 20530
   Fax No. (202) 616-0646
   Telephone No. (202) 514-3435
5. Federal Bureau of Investigations, Headquarters
   935 Pennsylvania Ave NW
   Washington, D.C. 20535
6. Department of Veterans Affairs, Office of Inspector General
   810 Vermont Ave, NW
   Washington, D.C. 20420
7. United States Department of Defense
   U.S. Department of Defense - Office of Inspector General
   4800 Mark Center Drive
   Alexandria, VA 22350-1500

## JURISDICTION

This court has jurisdiction over this matter brought under 42 U.S.C.A 1983, pursuant 28 U.S.C.A 1343 (a) (3)

## FACTS CONSTITUTING CAUSE OF ACTION

In 1993 while serving in the United States Marine Corps, the United States Navy and dental staff conducted a routine operation of my teeth also known as a root canal. It was during the operation of my teeth that the United States Navy illegal implanted a device inside my teeth used to intercept my thoughts. What this device/implant does is that it broadcast what I am thinking or doing to society or government in which society or government should have no concern what I am thinking or doing.

On or about May 12, 2000 the plaintiff submitted a lawsuit to the United States District Court For The Western District Of Texas, San Antonio Division, Case No. SAOOCA0496EP. In his lawsuit the plaintiff request to the courts that his case be heard so that the federal government can cease the illegal implant and tracking by the United States Navy. The plaintiff also hoped that the Department of Veterans Affairs would investigate the plaintiff's complaint to stop the illegal implant and tracking by the United States Navy. The case was thrown out of court by United States Federal Judge, Edward C. Prado.

On March 6, 2007 I met with the United States Department of Federal Bureau Investigations, Agent Gary Simons at Hipolito F. Garcia Federal Building and United States Courthouse, 615 E. Houston St, San Antonio, Texas 78205. In the meeting I asked agent Gary Simons if the he can help me investigate the illegal implant placed inside me by the United States Navy which is a violation of my civil rights and liberties and is illegal eavesdropping and wiretapping. Mr. Simons refused to take my case. Until this date the FBI continue to ignore my complaint. On

On March 19, 2007 with the implant still inside the plaintiff the plaintiff mailed a letter to Office of the Judge Advocate General, Department of the Navy asking them to investigate the implant placed inside my teeth. Again the plaintiff received no response from the Judge Advocate Generals Office.

On April 2, 2008 a memo was mailed to United States President George W. Bush asking him to investigate my case. Once again no response on my complaint.

On July 29, 2008 a letter was mailed to the United States President George W. Bush asking hime to investigate my complaint the navy implant. No response was given to the plaintiff.

The plaintiff unable to find legal assistance proceeded to ask his local federal representatives for assistance. On September 17, 2009 United States Congressman submitted a Congressional inquiry into the navy implant and the United States Navy denied the implant.

The Department of Veterans Affairs were informed and asked to investigate my complaint but neglected to do so after reporting it time and time again to psychiatrist. Instead the Department of Veterans Affairs called my complaint Schizophrenia and mental disorder and compensated me instead of investigating it.

On April 3, 2011 a letter was mailed to the Whitehouse addressed to the United States President Barack Obama asking the president to investigate the Navy implant and the torturing of Americans with satellite weapons and torture program. No response was given to the plaintiff.

On January 27, 2013 a letter was mailed to Eric Holder and the United States Department of Justice asking him to investigate the navy implant and also the torturing of Americans with satellite weapons and torture programs also known as electronic harassment. No response was given to the plaintiff.

On January 28, 2013 a letter was mailed again to United States President Barack Obama asking him to investigate the plaintiffs complaint: the navy implant and still the plaintiff did not receive a response

On July 7, 2015 United States Congressman Will Hurd Submitted a congressional inquiry into the navy implant and once again the United States Navy lied to United States Congressman Will Hurd.

On March 4, 2019 my complaint was sent to the Office of Inspector General for the United State Department of Justice. OIG overlooks the Department of justice. Since I have not received and answer from the FBI then this is my last option before I file a lawsuit.
After being denied legal assistance and due process of the law I continue to seek answers because the problem is obvious. When society and government can read your mind and know what your thinking or doing on a daily basis there is a problem. Seeking answers has put me in mental institutions and incarcerated searching for answers. I continue to broadcast my thoughts and private life to society and government in which they should have no concern what I am doing on a daily basis. It is dangerous and leaves me susceptible to terrorism and trouble. I have made several reports with the City of San Antonio Police Department for being tortured by satellite weapons and torture programs operated by the FBI and several agencies and corporate businesses. It seems to me that the federal government is trying to hide a crime and it obvious and published on the internet: You tube, Internet, books and papers. There are several organizations who have opened business as outcry for American people who are being assaulted and abused by satellite weapons, electronic harassment and targeting. Some of these businesses are

operated by whistleblowers who wouldn't mind testifying in a court of law against this invisible and silent weapon. The following business can be observed on the internet:
1. International Center Against Abuse of Covert Technologies, www.icaact.org
2. Targeted Justice, www.targetedjustice.com
3. Freedom From Covert Harassment and Surveillance, freedomfchs.startlogic.com
4. People Against Covert Torture & Surveillance, International, www.pactsntl.org

These businesses have evidence that americans are being assaulted by the United States Federal Government and its agencies, FBI, NSA, CIA and etc.,

The following people have written books and are either professional experts who have blown the whistle against the United States Federal government and its agencies and satellite weapons and electronic harassment:

1. Dr, John Hall, Medical Expert: Anesthesiologist
   5282 Medical Dr #200
   San Antonio, Texas 78229
   Business: Anesthesiology, Acute & Chronic Pain Management
   Books:  A New Breed Satellite Terrorism and Guinea Pigs, Technology of Control
   Youtube: https://youtu.be/m7M2Db2PfQ0
   Facebook: John Hall

2. Dr. Robert Duncan, Ex- CIA/Central Intelligence Agency
   Books: How To Tame A Demon: A short practical guide to organized intimidation stalking, electronic torture.
   Books: Project: Soul Catcher: Secrets of Cyber and Cybernetic Warfare Revealed
   Youtube: https://youtu.be/30seQeBI-Tc

These people have insured me that I am being assaulted and tortured by satellite weapons and tortured program operated by the United States Federal Government and its agencies especially the FBI. The FBI is upset at me because I have blown the whistle on the United States Navy implant and tracking program so they attack me manipulating my mind and my body coercing me to act other than normal. I believe that I have been a victim of satellite weapons and torture program since 1994 because the United States Navy implant did not succeed in the military. The reason is because implanting and broadcasting a military personnel thoughts and ideas in an infantry batalion gives away the position and intelligence to the enemy. I would like this court to really analyze this case because someone is covering up a conspiracy and its unconstitutional and obvious to society and the government. You cannot hide a crime especially when society and the government know's what your doing or where your going. Why?

# CONCLUSION

**United States Navy Violated the Plaintiff and his civil rights by breaking the laws of the United States Constitution Laws and Regulations:**

1. The United States Navy Dentist violated *18 U.S.C.A Section 111 Assaulting* the plaintiff by implanting the plaintiff with the device without his consent.
2. The United States Navy Dentist violated *18 U.S.C.A Section 2511(1) Illegal eavesdropping and wiretapping* when the dentist implanted the plaintiff with a device used to broadcast his thoughts and privacy to society and to the government in which you should have no concern.
3. The United States Navy and Dentist violated the plaintiff's civil rights by violating *Title VII of the Civil Rights Act of 1964: Equal Employment Opportunity*. The United States Navy chose the plaintiff to implant the plaintiff instead of his entire squad, batallion or company causing discrimination.
4. The United States Navy and Dentist violated *25 CFR Section 11.04 False Imprisonment*. The plaintiff was implanted by the Navy since 1994 with the device used to intercept his thoughts and private life exposing his life to society and government interfering with his freedom, life and liberty as any other person would have.

**United States Department of Veteran Affairs failed to assist the plaintiff and cease the illegal implant and tracking of the veteran:**

1. The Department of veterans Affairs failed to investigate and assist the plaintiff in his complaint and pension. Instead aided and abetted: *18 U.S.C.A Section* by paying the veteran a compensation to keep this illegal implant and tracking device implanted inside the plaintiff.

**United States Federal Bureau of Investigation failed to assist the plaintiff and abide by their rules and policies:**

1. The plaintiff came to FBI on March 6, 2007 and spoked to Agent: Gary Simons and asked if he could investigate the navy implant and illegal eavesdropping and wiretapping. Mr. Simons at that time neglected to assist the plaintiff by complying with their own duties as mentioned on their web page. FBI failed to assist the plaintiff: *18 U.S.C.A 13 Civil Rights, 18 U.S.C.A 241 Conspiracy against rights, 18 U.S.C.A 242 Deprivation of rights under color of law.*
2. FBI failed to investigate the plaintiff's complaint and has made him a targeted individual exposed to satellite weapons and torture programs operated by the FBI and several other federal agencies and corporations. FBI continue to fail to investigate complaints made by the plaintiff on implant, tracking and satellite weapons and torture program. Also electronic harassment and gang stalking.
3. FBI failed to investigate domestic terrorism, satellite weapons, electronic harassment and gang stalking.
4. The FBI failed to assist the plaintiff which is a violation of the United States Constitution: *42 U.S.C.A 1983 Civil Action for Deprivation of Civil Rights*

**United States Department of Justice failed to assist the plaintiff and cease the implant and domestic terrorism used on the plaintiff:**

1. The plaintiff wrote a complaint to the United States Department of Justice, Eric Holder and asked him to investigate the violation of civil rights and liberties that the United States Navy implanted him depriving him of life and liberty. The DOJ failed to respond or assist the plaintiff.
2.

I demand that this court find answers to this important question. Why did the United States Navy implant me and why am I being tortured?

I GEORGE ANDREW BENAVIDES feel that my civil rights and liberties have been violated when the United States Navy without my consent or without a federal court order illegally implanted me with a device used to intercept my thoughts, ideas, and whereabouts. The United States Navy had a legal duty to remove all federal government property: implant from me when I was honorably discharged in 1998. Why did the United States Navy leave the implant in me after I was discharged? Why did the Department of Defense allow this to happen? Why didn't the FBI investigate my civil rights complaint? Why didn't the Department of Veterans Affairs investigate my case?

**DEMAND FOR RELIEF**

The Plaintiff request the following relief:   $1,000.000.00 x 25 years = $25,000.000.00/ 25 million Dollars

For damages by reason of the tortious conduct of the defendant(s) depriving and conspiring to deprive the plaintiff of constitutional and civil rights under color of federal law, both compensatory and punitive, in amounts to be approved at the time of trial. The damages are from year to year since be implanted in 1994 until this date.

George Andrew Benavides
7103 Galaxy Brook
San Antonio, Texas 78252
Gbenavides1970@gmail.com
(210) 322-9328

Subscribe and sworn before me on _____, by_____

Notary Public in and for the State of Texas residing at _____\

My appointment expires:_____

6