UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GEORGE ANDREW BENAVIDES, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | SA-19-CA-440-DAE (HJB) |
| UNITES STATES PRESIDENT DONALD TRUMP, et al. | § § § § § | |
| Defendants. | § § | |

## ORDER

Before the Court are nine separate motions by the Plaintiff to submit documentary evidence. (Docket Entries 38, 47–54.) These motions have been referred to the undersigned for consideration.

It is hereby **ORDERED** that Plaintiff's motions to submit documentary evidence (Docket Entries 38, 47–54) are **GRANTED**.

**SIGNED** on November 20, 2019.

_____
Henry J. Bemporad
United States Magistrate Judge